**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DONALD G. ORRIS,**

    **Petitioner,**

    v.                                      **CASE NO. 2:05-cv-309; 05-cv-468
                                                        CRIM. NO. 2:01-cr-038
                                                        JUDGE SMITH**

**UNITED STATES OF AMERICA,**             **MAGISTRATE JUDGE KEMP**

    **Respondent.**

**OPINION AND ORDER**

On May 1, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant consolidated motion pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. This action is **DISMISSED.**

                                                                         /s/ George C. Smith
                                                                          GEORGE C. SMITH
                                                                    United States District Judge